Walter F. Trotter, as Receiver, etc., of Gilman-McNeill Company, Who Sues in His Own Behalf and in Behalf of All Other Creditors of the Defendant Iron Railway Company, etc., Appellant, v. Frederick J. Lisman and Others, Individually and as Copartners under the Firm Name of F. J. Lisman & Co., and Iron Railway Company, Respondents.— Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs. No opinion. McLaughlin and Houghton, JJ., dissenting.

Sophie B. Cornell, as Administratrix, etc., of William Cornell, Deceased, Respondent, v. Interborough Rapid Transit Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event unless plaintiff stipulates to reduce verdict to $8,500, in which event judgment as so modified and order affirmed, without costs. No opinion. McLaughlin, J., dissented on the ground that the proof does not establish that defendant's negligence was the cause of the collision, and also on the ground that the court erred in admitting in evidence against defendant's objection and exception the American Mortality Tables. Settle order on notice.

Jessica Keene Taylor, Respondent, v. Talbot J. Taylor, Appellant. Marie Zane Cowles, Appellant.— Judgment affirmed, with costs, against defendant, appellant. No opinion.

Thomas Shiels, as Receiver of the Property of R. A. Brachvogel, Trading as Nix-E Company, Appellant, v. Jenny K. Stafford, Respondent.— Judgment affirmed, with costs. No opinion.

The People of the State of New York ex rel. John H. Stewart, Relator, v. John F. Ahearn, President of The Borough of Manhattan, City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion.

Josephine M. Kane, as Administratrix, etc., of Mary C. H. Kane, Deceased, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment and order affirmed, with costs. No opinion.

In the Matter of the Contested Will of Susan Canton, Deceased. John E. Hepenstall, Appellant; Thomas M. Canton, Respondent.— Decree affirmed, with costs. No opinion.

Adelheid Welcke and Others, Appellants, v. William C. Trageser and Others, Respondents.— Order affirmed. No opinion.

Adelheid Welcke and Others, Suing in Their Own Right and on Behalf of Any Other Stockholder of the John Trageser Steam Copper Works Who May Come in and Contribute to the Expenses of This Action, Appellants, v. William C. Trageser and Others, Respondents.— Order affirmed. No opinion.

The People of the State of New York ex rel. Louis M. Koster, Appellant, v. Edmond J. Butler, Commissioner of the Tenement House Department of the City of New York, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion.